AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| EATON, RICHARD K. | U.S. COURT OF INTERNATIONAL TRADE | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (the assets of Trust # 1 are in two accounts listed as Trust and Trust II) |
| 2. | Trustee | Ithaca College Board of Trustees |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Museum of the City of New York -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judicial Conference Committee on the Judicial Branch | June 12-13, 2013 | Washington, DC | Judicial Branch Committee Meeting | Transportation, Food and Lodging |
| 2. | Judicial Conference Committee on the Judicial Branch | November 13-14, 2013 | Washington, DC | Judicial Branch Committee Meeting | Transportation, Food and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF Savings and Investment Plan | D | Dividend | M | T | | | | | |
| 2. Schwab Muni Money Fund (Mutual Fund) | C | Interest | K | T | | | | | |
| 3. Goldman Sachs Common | A | Dividend | K | T | | | | | |
| 4. Schwab 1000 Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Berkshire Hathaway Common (Held in IRA) | | None | M | T | | | | | |
| 6. Google Common (Held in IRA) | | None | J | T | | | | | |
| 7. ABB Ltd. (Held in IRA) | A | Dividend | J | T | | | | | |
| 8. Ace Ltd. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 9. Anadarko Pet (Held in IRA) | A | Dividend | J | T | | | | | |
| 10. Apache (Held in IRA) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 11. Apple Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 12. Amazon Common (Held in IRA) | | None | J | T | | | | | |
| 13. American Exp. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 14. Blackrock Inc. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 15. Bristol-Myers Common (Held in IRA) | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 16. Citigroup Common (Held in IRA) | A | Dividend | | | Sold | 05/23/13 | J | A | |
| 17. Chevron Common (Held in IRA) | A | Dividend | J | T | Buy | 03/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Common (Held in IRA) | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 19. Costco Common (Held in IRA) | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 20. Cummins Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 21. Emerson Elec. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 22. Exxon Common (Held in IRA) | A | Dividend | | | Sold | 04/04/13 | J | A | |
| 23. Estee Lauder Common (Held in IRA) | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 24. Express Scripts Common (Held in IRA) | | None | J | T | Buy | 09/10/13 | J | | |
| 25. Honeywell Common (Held in IRA | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 26. Gilead Common (Held in IRA) | | None | J | T | | | | | |
| 27. Mead Johnson (Held in IRA) | A | Dividend | J | T | | | | | |
| 28. Nestle (Held in IRA) | A | Dividend | J | T | | | | | |
| 29. Oracle (Held in IRA) | A | Dividend | J | T | | | | | |
| 30. Potlatch Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 31. Mondelez Common (Held in IRA) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 32. Novo-Nordisk Common (Held in IRA) | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 33. Republic Services Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 34. Teva Common Common (Held in IRA) | A | Dividend | | | Sold | 06/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Diageo Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 36. IBM Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 37. Johnson Controls (Held in IRA) | A | Dividend | J | T | | | | | |
| 38. JP Morgan Common (Held in IRA) | A | Dividend | J | T | Buy | 02/19/13 | J | | |
| 39. Merck (Held in IRA) | A | Dividend | J | T | | | | | |
| 40. Ralph Lauren Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 41. Plumb Cr. Timber (Held in IRA) | A | Dividend | J | T | | | | | |
| 42. Precision Cast. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 43. Nuance Com. Common (Held in IRA) | A | Dividend | | | Sold | 03/19/13 | J | A | |
| 44. Qualcom Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 45. Rockwell Aut. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 46. Schlumberger Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 47. Vodafone ADR (Held in IRA) | A | Dividend | J | T | | | | | |
| 48. United Tech Common (Held in IRA) | A | Dividend | J | T | Buy | 09/19/13 | J | | |
| 49. Wisdomtree ETF (Held in IRA) | A | Dividend | J | T | | | | | |
| 50. I Shares Iboxx (Held in IRA) | A | Interest | J | T | | | | | |
| 51. I Shares Barclays (Held in IRA) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Vanguard Emerging Markets Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 53. | Valley National Bancorp Common | G | Dividend | P1 | T | | | | | |
| 54. | Citibank Accounts | D | Interest | K | T | | | | | |
| 55. | House, Cabin and Land, Park County, MT | E | Rent | P1 | W | | | | | |
| 56. | Abbott Laboratories Common | B | Dividend | L | T | | | | | |
| 57. | Agilent Tech. Common | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 58. | ABBVIE Common | B | Dividend | K | T | Buy | 02/19/13 | K | | |
| 59. | Ametek Common | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 60. | Allergan Common | A | Dividend | | | Sold | 08/15/13 | K | A | |
| 61. | Amer. Ex. Common | A | Dividend | L | T | | | | | |
| 62. | Apache Common | A | Dividend | | | Sold | 06/20/13 | K | B | |
| 63. | Apple Common | D | Dividend | N | T | | | | | |
| 64. | Bristol-Myers Common | B | Dividend | K | T | Buy | 03/05/13 | K | | |
| 65. | Boardwalk Pipe Common | A | Dividend | | | Sold | 03/19/13 | K | B | |
| 66. | Cerner Corp. Common | | None | | | Sold | 09/10/13 | K | B | |
| 67. | Cytek Industries Common | A | Dividend | K | T | Buy | 03/19/13 | K | | |
| 68. | Cummins Common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Costco Common | A | Dividend | K | T | | | | | |
| 70. Dupont Common | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 71. Emerson Electric Common | B | Dividend | K | T | | | | | |
| 72. General Electric Common | B | Dividend | K | T | Buy | 07/12/13 | K | | |
| 73. Gilead Sciences Common | | None | L | T | | | | | |
| 74. Google Common | | None | L | T | | | | | |
| 75. Honeywell Common | B | Dividend | K | T | Buy | 01/10/13 | K | | |
| 76. IBM Common | A | Dividend | K | T | | | | | |
| 77. Johnson Cont. Common | B | Dividend | L | T | | | | | |
| 78. JP Morgan Common | B | Dividend | L | T | Buy | 03/19/13 | L | | |
| 79. Kellogg Common | A | Dividend | | | Sold | 08/15/13 | K | A | |
| 80. Lululemon Common | | None | K | T | Buy | 05/23/13 | K | | |
| 81. Microchip Teck Common | B | Dividend | K | T | Buy | 06/20/13 | K | | |
| 82. McDonalds Common | B | Dividend | L | T | | | | | |
| 83. Mead Johnson | A | Dividend | K | T | | | | | |
| 84. Nike Common | A | Dividend | L | T | | | | | |
| 85. Oracle Common | A | Dividend | | | Sold | 09/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pepsico Common | A | Dividend | | | Sold | 08/15/13 | J | A | |
| 87. Proxair Common | A | Dividend | K | T | Buy | 02/19/13 | K | | |
| 88. T Rowe Price Common | A | Dividend | K | T | Buy | 03/23/13 | K | | |
| 89. Precision Cast. Common | A | Dividend | L | T | | | | | |
| 90. Philip Morris Common | B | Dividend | L | T | | | | | |
| 91. Qualcomm Common | B | Dividend | L | T | | | | | |
| 92. Schlumberger Ltd. Common | B | Dividend | L | T | | | | | |
| 93. Rockwell Aut. Common | A | Dividend | K | T | Buy | 01/17/13 | K | | |
| 94. Teva Pharm. Common | A | Dividend | | | Sold | 12/23/13 | J | | |
| 95. Southwestern Energy Common | | None | K | T | Buy | 03/05/13 | K | | |
| 96. Swatch Common | A | Dividend | K | T | Buy | 06/04/13 | K | | |
| 97. Samsung Common | A | Dividend | K | T | Buy | 02/19/13 | K | | |
| 98. United Tech Common | A | Dividend | K | T | | | | | |
| 99. Verizon | A | Dividend | | | Sold | 12/24/13 | J | A | |
| 100. Ace Ltd. Common | B | Dividend | L | T | | | | | |
| 101. Altria Group Inc. Common | C | Dividend | L | T | | | | | |
| 102. Amazon Common | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Anadarko Pet. Common | A | Dividend | K | T | | | | | |
| 104. Blackrock Common | B | Dividend | L | T | | | | | |
| 105. Bunge Ltd. Common | A | Dividend | | | Sold | 12/20/13 | K | A | |
| 106. Chevron Texaco Common | B | Dividend | L | T | | | | | |
| 107. Comcast Common | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 108. Covidien Common | A | Dividend | K | T | | | | | |
| 109. Devon Energy Common | A | Dividend | | | Sold | 08/15/13 | J | A | |
| 110. Diageo Common | B | Dividend | L | T | | | | | |
| 111. Disney Common | A | Dividend | K | T | Buy | 03/05/13 | K | | |
| 112. Dominion Resources Common | B | Dividend | K | T | | | | | |
| 113. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 114. Enterprise Partners Common | B | Dividend | K | T | Buy | 02/19/13 | K | | |
| 115. Estee Lauder Common | A | Dividend | K | T | Buy | 06/04/13 | K | | |
| 116. Express Scripts Common | | None | K | T | Buy | 01/17/13 | K | | |
| 117. Hengan Int. Common | B | Dividend | L | T | | | | | |
| 118. Hyundai Motors Common | | None | | | Sold | 12/24/13 | K | A | |
| 119. Joy Global | A | Dividend | | | Sold | 12/20/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Merck Common | B | Dividend | | | Sold | 04/16/13 | K | B | |
| 121. Nestle Common | B | Dividend | K | T | | | | | |
| 122. Nantional Oilwell Common | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 123. Novodisk Common | A | Dividend | K | T | Buy | 09/18/13 | K | | |
| 124. Met Life Inc., Common | A | Dividend | K | T | | | | | |
| 125. Wisdomtree Ener. Common | C | Dividend | M | T | | | | | |
| 126. Franklin Sm Cp Fd Common | A | Dividend | L | T | | | | | |
| 127. Pioneer Sm Cp Fund | | None | L | T | | | | | |
| 128. Vanguard Emerging Markets Mutual Fund | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 129. Vodafone ADR | B | Interest | K | T | | | | | |
| 130. American Express Corporate Bonds | D | Interest | M | T | | | | | |
| 131. Anheuser-Busch Corp. Bds | B | Interest | M | T | | | | | |
| 132. Caterpillar Corp. Bds. | B | Interest | M | T | | | | | |
| 133. Bell South Corporate Bonds | D | Interest | M | T | | | | | |
| 134. Dominion Resources Corporate Bonds | D | Interest | M | T | | | | | |
| 135. DOW Corporate Bonds | D | Interest | | | Sold | 12/23/13 | M | B | |
| 136. GE Corporate Bonds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Goldman Sachs Corporate Bonds | D | Interest | M | T | | | | | |
| 138. Sempa Energy Corporate Bonds | D | Interest | M | T | | | | | |
| 139. Simon PPTY Gp Corp. Bds. | C | Interest | M | T | | | | | |
| 140. Yum Brand Corporate Bonds | C | Interest | M | T | | | | | |
| 141. Nassau County Revenue Bond Municipal Bond | B | Interest | L | T | | | | | |
| 142. NYS Environ Bond Municipal Bond | C | Interest | L | T | | | | | |
| 143. Taconic Partners Mutual Fund X | E | Distribution | O | T | | | | | |
| 144. Apache Inc. Common (Trust) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 145. Altria Common (Trust) | A | Dividend | J | T | | | | | |
| 146. Amazon Common (Trust) | | None | J | T | | | | | |
| 147. Anadarko Pet Common (Trust) | A | Dividend | J | T | | | | | |
| 148. Agilent Tech. Common Trust) | A | Dividend | J | T | | | | | |
| 149. Blackrock Common (Trust) | A | Dividend | J | T | | | | | |
| 150. Bunge Ltd. Common Trust | A | Dividend | J | T | | | | | |
| 151. Chevron Common (Trust) | A | Dividend | J | T | | | | | |
| 152. Comcast Common (Trust) | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 153. Covidien (Trust) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cummins Common (Trust) | A | Dividend | J | T | | | | | |
| 155. Devon Energy Common (Trust) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 156. Diageo Common (Trust) | A | Dividend | J | T | | | | | |
| 157. Dominion Resources Common (Trust) | A | Dividend | J | T | | | | | |
| 158. Express Scripts Common (Trust) | | None | J | T | | | | | |
| 159. Exxon Common (Trust) | A | Dividend | J | T | | | | | |
| 160. Estee Lauder Common (Trust) | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 161. Hyundai Common (Trust) | | None | | | Sold | 06/20/13 | J | A | |
| 162. IBM Common (Trust) | A | Dividend | J | T | | | | | |
| 163. Johnson Cont. Comon (Trust) | A | Dividend | J | T | | | | | |
| 164. Lululemon Common (Trust) | | None | J | T | Buy | 01/19/13 | J | | |
| 165. Mead Johnson Nutrition Common (Trust) | A | Dividend | J | T | | | | | |
| 166. Merck Common (Trust) | A | Dividend | J | T | | | | | |
| 167. Metlife Common (Trust) | A | Dividend | J | T | | | | | |
| 168. Nestle Common (Trust) | A | Dividend | J | T | | | | | |
| 169. Nuance Comm. (Trust) | | None | | | Sold | 12/23/13 | J | A | |
| 170. Mondelez Common (Trust) | A | Dividend | J | T | Buy | 09/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Novodisk Common (Trust) | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 172. Philip Morris Common (Trust) | A | Dividend | J | T | | | | | |
| 173. Precision Cast. Common (Trust) | A | Dividend | J | T | | | | | |
| 174. Trimble Nav Common (Trust) | | None | J | T | Buy | 05/13/13 | J | | |
| 175. United Tech. Common (Trust) | A | Dividend | J | T | | | | | |
| 176. Verizon Common (Trust) | A | Dividend | J | T | | | | | |
| 177. Wisdomtree Common (Trust) | A | Dividend | J | T | | | | | |
| 178. ABB Ltd. Common (Trust) | A | Dividend | J | T | | | | | |
| 179. Abbott Laboratories Common (Trust) | A | Dividend | J | T | | | | | |
| 180. Ace Ltd. Common (Trust) | A | Dividend | J | T | | | | | |
| 181. American Ex. Common (Trust) | A | Dividend | J | T | | | | | |
| 182. Apple Common (Trust) | A | Dividend | J | T | | | | | |
| 183. Costco Common (Trust) | A | Dividend | J | T | | | | | |
| 184. Emerson Elec. Common (Trust) | A | Dividend | J | T | | | | | |
| 185. EMC Corp. Common (Trust) | | None | J | T | | | | | |
| 186. Gilead Sciences Common (Trust) | | None | K | T | | | | | |
| 187. Google Common (Trust) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Joy Global Common (Trust) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 189. Kellogg Co. Common (Trust) | A | Dividend | | | Sold | 01/19/13 | J | A | |
| 190. McDonald Common (Trust) | A | Dividend | J | T | | | | | |
| 191. Nike Common (Trust) | A | Dividend | J | T | | | | | |
| 192. Pepsico Common (Trust) | A | Dividend | J | T | | | | | |
| 193. Proctor & Gamble Common (Trust) | A | Dividend | J | T | | | | | |
| 194. Qualcomm Common (Trust) | A | Dividend | J | T | | | | | |
| 195. Schlumberger Common (Trust) | A | Dividend | J | T | | | | | |
| 196. Teva Pharm. Common (Trust) | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 197. Wisdomtree Mutual Fund Emerg. Mrkts. (Trust) | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 198. Goldman Sachs Corporate Bonds (Trust) | B | Interest | | | Sold | 09/18/13 | L | B | |
| 199. Bellsouth Corporate Bonds (Trust) | B | Interest | | | Sold | 02/19/13 | L | A | |
| 200. Credit Suisse Corporate Bonds (Trust) | B | Interest | | | Sold | 05/05/13 | L | A | |
| 201. Nassau City Municipal Bond (Trust) | A | Interest | | | Sold | 06/04/13 | L | A | |
| 202. NYS Environ Municipal Bond (Trust) | A | Interest | | | Sold | 12/20/13 | L | A | |
| 203. Abb Ltd. Common (Trust II) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 204. Agilent Tech Common (Trust II) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Apache Common (Trust II) | A | Dividend | | | Sold | 12/24/13 | J | A | |
| 206. Blackrock Common (Trust II) | A | Dividend | J | T | | | | | |
| 207. Borg Warner Common (Trust II) | A | Dividend | K | T | Buy | 01/19/13 | K | | |
| 208. Bunge Common (Trust II) | A | Dividend | J | T | | | | | |
| 209. Chevron Common (Trust II) | A | Dividend | K | T | | | | | |
| 210. Carefusion common (Trust II) | | None | J | T | Buy | 09/18/13 | J | | |
| 211. Covidien Common (Trust II) | A | Dividend | J | T | | | | | |
| 212. Devon Energy Common (Trust II) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 213. Dupont Common (Trust II) | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 214. Estee Lauder (Trust II) | A | Dividend | J | T | Buy | 06/20/13 | J | | |
| 215. Express Scripts (Trust II) | | None | J | T | Buy | 09/18/13 | J | | |
| 216. EMC Corp. Common (Trust II) | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 217. Exxon Mobil Common (Trust II) | A | Dividend | K | T | | | | | |
| 218. Hengan Common (Trust II) | A | Dividend | K | T | | | | | |
| 219. Hyundai Common (Trust II) | | None | | | Sold | 09/19/13 | J | A | |
| 220. Lululemon Common (Trust II) | | None | J | T | Buy | 03/19/13 | J | | |
| 221. IBM Common (Trust II) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Mead Johnson Common (Trust II) | A | Dividend | J | T | | | | | |
| 223. Merck Common (Trust II) | A | Dividend | J | T | | | | | |
| 224. Metlife Inc. Common (Trust II) | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 225. Mondelez Common (Trust II) | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 226. Nestle Common (Trust II) | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 227. Praxair Common (Trust II) | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 228. Phillip Morris Common (Trust II) | A | Dividend | K | T | | | | | |
| 229. Precision Cast. Common (Trust II) | A | Dividend | J | T | | | | | |
| 230. Ralph Lauren Common (Trust II) | A | Dividend | K | T | | | | | |
| 231. United Tech Common (Trust II) | A | Dividend | K | T | | | | | |
| 232. Verizon Common (Trust II) | A | Dividend | J | T | | | | | |
| 233. Ace Ltd. Common (Trust II) | A | Dividend | J | T | | | | | |
| 234. Anadarko Pet. Common (Trust II) | A | Dividend | K | T | | | | | |
| 235. Amazon Common (Trust II) | | None | K | T | | | | | |
| 236. Apple Common Common (Trust II) | | None | K | T | Buy | 04/16/13 | K | | |
| 237. Costco Common (Trust II) | A | Dividend | K | T | | | | | |
| 238. Cummins Common (Trust II) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 21

Name of Person Reporting

EATON, RICHARD K.

Date of Report

05/14/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Pepsico Common (Trust II) | A | Dividend | K | T | | | | | |
| 240. Taiwan Semiconductor Common (Trust II) | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 241. Altria Common (Trust II) | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 242. American Ex Common (Trust II) | A | Dividend | K | T | | | | | |
| 243. Cognizant Common (Trust II) | | None | | | Sold | 09/18/13 | J | A | |
| 244. Diageo Common (Trust II) | A | Dividend | K | T | | | | | |
| 245. Emerson Electric Common (Trust II) | A | Dividend | J | T | | | | | |
| 246. Gilead Sciences Common (Trust II) | | None | K | T | | | | | |
| 247. Google Common (Trust II) | | None | K | T | | | | | |
| 248. Joy Global Common (Trust II) | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 249. Johnson Cont. Common (Trust II) | A | Dividend | K | T | | | | | |
| 250. McDonalds Common (Trust II) | A | Dividend | J | T | | | | | |
| 251. Nike Common (Trust II) | A | Dividend | K | T | | | | | |
| 252. Novo Nordisk Common (Trust II) | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 253. Proctor & Gamble Common (Trust II) | A | Dividend | J | T | | | | | |
| 254. Qualcom Common (Trust II) | A | Dividend | K | T | | | | | |
| 255. Schlumberger Common (Trust II) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Teva Pharm. Common (Trust II) | A | Dividend | | | Sold | 08/15/13 | J | A | |
| 257. Trimble Nav Common (Trust II) | | None | J | T | Buy | 02/19/13 | J | | |
| 258. Wisdomtree ETF (Trust II) | B | Dividend | K | T | | | | | |
| 259. Vanguard ETF (Trust II) | | None | J | T | | | | | |
| 260. Goldman Sachs Corporate Bonds (Trust II) | A | Interest | L | T | | | | | |
| 261. Bellsouth Corporate Bonds (Trust II) | A | Interest | L | T | | | | | |
| 262. Caterpillar Corp. Bds. (Trust II) | A | Interest | K | T | | | | | |
| 263. Credit Suisse Corporate Bonds (Trust II) | A | Interest | | | Sold | 09/10/13 | L | A | |
| 264. Nassau City Municipal Bond (Trust II) | A | Interest | K | T | | | | | |
| 265. NYS Environ Municipal Bond (Trust II) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ RICHARD K. EATON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544